IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
BRYAN BLUEBIRD, JR.,           )
                               )
          Plaintiff,           )      8:12CV381
                               )
     v.                        )
                               )
THE VILLAGE OF RUSHVILLE, NE   )      ORDER
VOLUNTEER FIRE DEPARTMENT, an  )
Association, DWAINE SONES, and )
Unknown JOHN DOE MEMERS OF     )
THE RUSHVILLE VOLUNTEER FIRE   )
DEPARTMENT; SHERIDAN COUNTY,   )
NEBRASKA, a Nebraska Municipal )
Corporation, and TERRY         )
ROBBINS, personally and as     )
SHERIFF OF SHERIDAN COUNTY,    )
NEBRASKA,                      )
                               )
          Defendants.          )
_____ )
```

This matter is before the Court on the joint stipulation of the parties that plaintiff is a resident of South Dakota and there is diversity of citizenship and federal jurisdiction in this case (Filing No. 28).  Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2) Diversity of citizenship and federal jurisdiction are present in this case.

DATED this 4th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court