```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA

BRYAN BLUEBIRD, JR.,          )
                              )
              Plaintiff,      )         8:12CV381
                              )
     v.                       )
                              )
THE VILLAGE OF RUSHVILLE, NE  )         ORDER
VOLUNTEER FIRE DEPARTMENT, an )
Association, DWAINE SONES, and)
Unknown JOHN DOE MEMERS OF    )
THE RUSHVILLE VOLUNTEER FIRE  )
DEPARTMENT; SHERIDAN COUNTY,  )
NEBRASKA, a Nebraska Municipal)
Corporation, and TERRY        )
ROBBINS, personally and as    )
SHERIFF OF SHERIDAN COUNTY,   )
NEBRASKA,                     )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on the motion of the Sheridan County defendants (Filing No. 70), motion to seal (Filing No. 72), and motion for joinder re: motion to continue trial on behalf of the Village of Rushville defendants (Filing No. 73). The Court heard oral argument and has noted plaintiff's opposition thereto. However, the Court will not require the trial to proceed in the absence of one defendant. Accordingly,

IT IS ORDERED:

1) Defendants' motion to continue is granted.

2) The motion to seal Filing No. 71-1 is granted.

3) Trial of this matter is rescheduled for:

**Monday, January 27, 2014, at 9 a.m.**

United States Post Office and Courthouse, 300 East Third Street, North Platte, Nebraska.

DATED this 11th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court