IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
BRYAN BLUEBIRD, JR.,            )
                                )
            Plaintiff,          )      8:12CV381
                                )
      v.                        )
                                )
THE VILLAGE OF RUSHVILLE, NE    )      ORDER
VOLUNTEER FIRE DEPARTMENT, an   )
Association, DWAINE SONES, and  )
Unknown JOHN DOE MEMERS OF      )
THE RUSHVILLE VOLUNTEER FIRE    )
DEPARTMENT; SHERIDAN COUNTY,    )
NEBRASKA, a Nebraska Municipal  )
Corporation, and TERRY          )
ROBBINS, personally and as      )
SHERIFF OF SHERIDAN COUNTY,     )
NEBRASKA,                       )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 75) filed by the parties. The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation for dismissal is approved and adopted.

2) This action is dismissed with prejudice, each party to pay their own costs.

DATED this 27th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court